# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2016

150860

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERRY DEVONTAY DUMAS,
      Defendant-Appellant.

SC: 150860
COA: 323462
Wayne CC: 11-008346-FC

_____/

    On order of the Court, the application for leave to appeal the December 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



Clerk

a0321